**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6097**

———————

CHRISTOPHER JAY CHAVIS,

Plaintiff - Appellant,

versus

ALFREDO HERNANDEZ; ROBERT DYKES; LIEUTENANT
HOFNER; LIEUTENANT STRICKLAND; LIEUTENANT
WELBORNE; SERGEANT PULLEY; NORTH CAROLINA
DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
District Judge. (CA-01-574-5H)

———————

Submitted:  March 21, 2002          Decided:  March 29, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Christopher Jay Chavis, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Jay Chavis, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Chavis v. Hernandez, No. CA-01-574-5H (E.D.N.C. Dec. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED